J. G. Valiant Co. *v.* Pleasonton (et al., Appellant).

*John Kennedy Ewing, 3d,* with him *John Cadwalader, George C. Krewson* and *Saul, Ewing, Remick & Saul,* for appellant.

*Walter G. Dugger,* with him *Felix & Felix,* for appellee.

PER CURIAM, May 22, 1933.:
The judgment of the Superior Court is affirmed.